# Exhibit E



805 King Farm Blvd, Rockville MD 20850 USA | Nasdaq.com

April 17, 2025

*Via E-mail (dburnett@schneiderwallace.com)*

David D. Burnett
Schneider Wallace Cottrell Kim LLP
1050 30th Street NW
Washington, DC 20007

Re:   In re Meta Materials, Inc., U.S. Bankruptcy Court Case No. 24-50792-hlb –
      Subpoena to Produce Documents and for Rule 2004 Examination

Mr. Burnett:

The Nasdaq Stock Market, LLC ("Nasdaq") is in receipt of the subpoena in the above-referenced matter, dated April 8, 2025 (the "Subpoena").  Without waiving any of the objections to the Subpoena as stated in Nasdaq's April 17, 2025 letter, or in subsequent email communications, Nasdaq makes the within production of data using query dates from 2021-06-15 through 2021-12-15.  Note that the data reflects the merger of Torchlight Energy Resources (TRCH) with Metamaterials Inc. (MMAT) that occurred on 2021-06-28.  As previously stated, MMTLP was not a Nasdaq-listed security at any point during the time frame requested.  The data is available at the following link, and the password will follow by a separate email.

https://nasdaq.egnyte.com/fl/XTThWgxj7HK9

Sincerely,

*Joanne Pedone*

Joanne Pedone
Principal Associate General Counsel