UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2025
```

IN RE: META MATERIALS, INC.

**ORDER**

25-MC-453 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated November 3, 2025, the undersigned was referred for general pretrial and to address the motion to quash at ECF No. 1. ECF No. 7. A conference is scheduled on **December 10, 2025** at **10:00 a.m.** by telephone to discuss the motion to quash. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 466 527 286#).

**SO ORDERED.**

Dated: November 19, 2025
　　　　New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge