UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: META MATERIALS, INC.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2025

**ORDER**

25-MC-453 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 10, 2025, the undersigned held a conference with the Parties to address the Nasdaq Stock Market LLC's October 15, 2025 motion to quash subpoenas (the "Motion"). ECF No. 1. For the reasons articulated in the transcript from the December 10, 2025 conference, the undersigned hereby transfers the Motion under Rule 45(f) of the Federal Rules of Civil Procedure to the U.S. Bankruptcy Court for the District of Nevada.

The Clerk of Court is respectfully directed to transfer this case to the U.S. Bankruptcy Court for the District of Nevada and to terminate the Motion at ECF No. 1.

**SO ORDERED.**

Dated: December 11, 2025
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge